# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AISSA JACKSON

Plaintiff,

v.

SPIRE HOSPITALITY, LLC.

Defendant.

Case No. 1:21-cv- 00240

Hon. Jane M. Beckering

| | |
|---|---|
| Stephen R. Drew (P24323)<br>Adam C. Sturdivant (P72285)<br>DREW COOPER & ANDING<br>Attorneys for Plaintiff<br>80 Ottawa Avenue NW, Suite 200<br>Grand Rapids, Michigan 49503<br>Phone: (616) 454-8300<br>sdrew@dca-lawyers.com<br>asturdivant@dca-lawyers.com | Brian M. Schwartz (P69018)<br>Nhan Ho (P87293)<br>MILLER CANFIELD, PADDOCK AND STONE, PLC<br>Attorneys for Defendant<br>150 W. Jefferson, Suite 2500<br>Detroit, MI 48226<br>Phone: (313) 963-6420<br>schwartzb@millercanfield.com<br>ho@millercanfield.com |

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

Pursuant to the stipulation of the parties and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the case is dismissed with prejudice and without costs or attorney's fees to any party.

This is a final order and closes the case.

**SO ORDERED.**

Dated: February 23, 2022

/s/ Jane M. Beckering
_____
U.S. DISTRICT COURT JUDGE

So stipulated:

| | |
|---|---|
| */s/ Adam C. Sturdivant (w/consent)* | */s/ Brian M. Schwartz* |
| Stephen R. Drew (P24323) | Brian M. Schwartz (P69018) |
| Adam C. Sturdivant (P72285) | Nhan Ho (P87293) |
| DREW COOPER & ANDING | MILLER CANFIELD, PADDOCK AND STONE, PLC |
| Attorneys for Plaintiff | |
| 80 Ottawa Avenue NW, Suite 200 | 150 W. Jefferson, Suite 2500 |
| Grand Rapids, Michigan 49503 | Detroit, MI 48226 |
| Phone: (616) 454-8300 | Phone: (313) 963-6420 |
| sdrew@dca-lawyers.com | schwartzb@millercanfield.com |
| asturdivant@dca-lawyers.com | ho@millercanfield.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

38710959.2/016321.00636